# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------

Knows

-v-

Fountain House et al

------------------------------

[STAMP: U.S. DISTRICT COURT FILED SEP 0 6 2007 S.D. OF N.Y.]

Document # _____

U.S.C.A. # _____

U.S.D.C. # 07cv4552

JUDGE: KMW

DATE: 9/6/07

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): David J. Thomas
FIRM: Orders, Judgments & Appeals
ADDRESS: _____

PHONE NO.: x0637

DISTRICT COURT DOCKET ENTRIES ------------------------------

DOCUMENT DESCRIPTION                                         DOC. #

_____ CLERK'S CERTIFICATE _____

_____ SEE ATTACHED LIST OF NUMBERED DOCUMENTS _____

(✓) Original Record                        (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the Second Circuit on the __6__ Day of __Sept__, 2007.

APPEAL, CLOSED, MEMBER

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-04552-KMW
### Internal Use Only

Knows v. Fountain House et al
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 05/30/2007
Date Terminated: 05/30/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

Samara Knows       represented by   Samara Knows
                                    288 E. 168th Street
                                    # 1A
                                    Bronx, NY 10456
                                    PRO SE

V.

**Defendant**

Fountain House

**Defendant**

Darcy Masius Bowles

**Defendant**

Director of Fountaiin

**Defendant**

Joseph E. Herrington

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Samara Knows.(laq) (Entered: 06/04/2007) |
| 05/30/2007 | 2 | COMPLAINT against Fountain House, Darcy Masius Bowles, Director of Fountaiin, Joseph E. Herrington. Document filed by Samara Knows.(laq) (Entered: 06/04/2007) |
| 05/30/2007 |  | Magistrate Judge Kevin N. Fox is so designated. (laq) (Entered: 06/04/2007) |
| 05/30/2007 | 3 | DUPLICATE ORIGINAL - ORDER OF DISMISSALThe Court grants plaintiff's request to proceed in forma pauperis, consolidate these two actions (1:07-cv-4551 & 1:07-cv-4552) solely for the purpose of this Order, and dismisses the complaints for the following reasons. Plaintiff's complaints are completely devoid of merit. Accordingly, these two actions complaints, filed in forma pauperis are dismissed. Plaintiff is hereby warbed that the further filing of non-meritorious complaints, filed in forma pauperis, are |

| | | | |
|---|---|---|---|
| | | | dismissed. Plaintiff is hereby warned that the further filing of non-meritorious complaints may result in the Court barring plaintiff from filing actions without first receiving leave of Court to do so or other sanctions that the Court deems appropriate. The Court certifies pursuant to U.S.C. 1915 (a)(3) that any appeal from this Order would not be taken in good faith. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/30/2007) (laq) (Entered: 06/04/2007) |
| 05/30/2007 | | 4 | DUPLICATE JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915 (a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/30/7) (laq) (Entered: 06/04/2007) |
| 05/30/2007 | | | (Court only) *** Set/Clear Flags *** Added flag(s):MEMBER. (laq) (Entered: 06/04/2007) |
| 05/30/2007 | | | (Court only) ***Civil Case Terminated.*** (laq) (Entered: 06/04/2007) |
| 07/19/2007 | | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint), Judgment - Sua Sponte (Complaint). Document filed by Samara Knows. Copies mailed to the attorneys of record: None. (Sua Sponte). (dt) (Entered: 09/05/2007) |
| 07/19/2007 | | | Appeal Remark as to [5] Notice of Appeal filed by Samara Knows. I.F.P. REVOKED 5/30/07. $455.00 APPEAL FILING FEE DUE. (dt) (Entered: 09/05/2007) |
| 08/20/2007 | | | ORDER: In light of the fact that plaintiff is appearing pro se, her Motion for Extension of Time to file a Notice of Appeal is hereby GRANTED. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/20/07) (tro) Original filed under case # 07-cv-4551, document # 5. (Entered: 08/21/2007) |
| 09/05/2007 | | | (Court only) ***Staff Notes: Received Notice of Appeal # 5 from the Pro Se Office on September 4, 2007. (dt) (Entered: 09/05/2007) |
| 09/05/2007 | | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (dt) (Entered: 09/05/2007) |
| 09/05/2007 | | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (dt) (Entered: 09/05/2007) |