MANDATE

9.17.07

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CURCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 7th. day of November, two thousand and seven,

Samara Knows,

    Plaintiff-Appellant,

v.

Fountain House, Darcy Masius Bowles, Director of Fountain, Joseph E. Herrington,

    Defendants-Appellees.

**FILED**
**NOV 0 7 2007**
Catherine O'Hagan Wolfe, Clerk
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

**ORDER**

Docket Number: 07-3855 -cv

An appeal having been filed in this Court on 7/19/087; and,

The Court, *sua sponte*, on 10/16/07 having issued an order to show cause why the appeal should not be dismissed for failure to pay the required docket fee; and

Appellant not having responded to the Court as directed;

IT IS ORDERED, that the appeal is dismissed.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By: 
Lynette Rodriguez, Deputy Clerk

Certified: 12/10/07